1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   KATHRYN R. HAUN  (DCBN 484131)
    Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:  (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: kathryn.haun@usdoj.gov

8   Attorneys for United States

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12
    UNITED STATES OF AMERICA,           )    No.    11-CR-250-RS
13                                       )
            Plaintiff,                   )
14                                       )    NOTICE OF DISMISSAL
        v.                               )
15                                       )
    STEPHEN GROSS a/k/a                  )
16      Stephan Gross                    )    (San Francisco Venue)
                                         )
17          Defendant.                   )
                                         )
18   _____       )

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California dismisses the above indictment

21  without prejudice.

22  DATED:                                  Respectfully submitted,

23                                          MELINDA HAAG
                                            United States Attorney
24

25

                                            MIRANDA KANE
26                                          Chief, Criminal Division

27

28                                          KATHRYN R. HAUN
                                            Assistant U.S. Attorney

    NOTICE OF DISMISSAL (CR 11–250-RS)

1

2    Leave is granted to the government to dismiss the Indictment in 11-CR-250.

3

4    Date: 10-25-11

                                    HON. RICHARD SEEBORG
5                                   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28