JULIA MEZHINSKY JAYNE (CABN 202753)
CAMPBELL & JAYNE, LLP
369 Pine Street, Suite 518
San Francisco, CA 94104
Telephone: (415) 623-3600
Fax: (415) 623-3605
Email: jjayne@campbelljayne.com

Attorneys for Stephen Gross


MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
Email: kathryn.haun@usdoj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America, | CASE NO. CR11-250 RS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF ORDER DECLARING THAT STEPHEN GROSS WAS NOT A FUGITIVE OR FLEEING FELON |
| v. | |
| Stephen Gross, | |
| Defendant. | |

WHEREAS, Stephen Gross and the United States Attorney for the Northern District of California have agreed and jointly filed a Motion for Order Declaring Stephen Gross Was Not a Fugitive or Fleeing Felon ("Motion");

-1-

WHEREAS, this Court presided over the underlying criminal matter and takes notice of the facts and circumstances described in the Motion and the underlying crminal action and herein agrees to this Order;

The Court hereby finds, concludes, and enters the following ORDER:

1. Mr. Gross was not a fugitive nor a fleeing felon within the meaning of Section 505 of Public Law 107-103 at any time between the issuance of the April 15, 2011 arrest warrant in this matter and the October 25, 2011 dismissal of the indictment.

2. Mr. Gross was not a fugitive nor a fleeing felon within the meaning of 38 USC §5313B between the issuance of the April 15, 2011 arrest warrant in this matter and the October 25, 2011 dismissal of the indictment.

Date: 6/8/12

HON. RICHARD SEEBORG
US District Court Judge
United States District Court for
the Nothern District of California